UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:26-cv-08432-SVW-ACCV** | Date: | October 1, 2026 |
| Title: | ***Eliss v. Commissioner of Social Security*** | | |

Present: The Honorable Angela C. C. Viramontes, United States Magistrate Judge

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On July 28, 2026, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security (Electronic Case Filing Number ("ECF No.") 1). On August 17, 2026, Defendant filed an Answer (ECF No. 5). Plaintiff's opening brief was due on or before September 16, 2026.

To date, the Plaintiff's Opening Brief has not been filed with the Court. Accordingly, Plaintiff is ordered to show cause no later than **October 8, 2026**, why this case should not be dismissed for failure to prosecute. Filing the Opening Brief by October 8, 2026, shall constitute compliance with this Order.

**Plaintiff is cautioned that failure to comply with this OSC may result in the dismissal of the action for failure to prosecute and follow Court orders.**

**IT IS SO ORDERED**